UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| ASHAVAN PURCHESS, | Civil No. 06-1033 (PAM/JJG) |
| Petitioner, | |
| v. | **ORDER** |
| JAMES N. CROSS, Warden, | |
| Respondent. | |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241, (Docket No. 1), is DENIED; and

2. This action is summarily DISMISSED for lack of jurisdiction.

Dated: April 13, 2006

                                                 s/ Paul A. Magnuson
                                                 PAUL A. MAGNUSON
                                                 Judge, U.S. District Court